### LIBEL BEN: BRAYTON VS SLOOP *Swan*

Being read. and Plea. Peleg Swain being duly sworn. Benj[a] Brayton being also sworn that he was Shipt at Rhode Island by David Brayton at Nineteen pounds Per month to perform a Voyage to N. York and Philadelphia Nathan Luther being also sworn. The above Libel was agreed on in Court and the money paid, with Costs. And the Court was adjourned without day.

### PETITION OF SAMUEL AND WILLIAM VERNON, 1750

Newport Dec 11th 1750

COURT OF VICE ADMIRALTY: Having Considered the within Petition I appoint Captain Joseph Sanford and Capt Thomas Teakle Taylor Merchants and formerly Ship masters to Survey the within Mention'd Goods and make return Upon oath unto this Court of what damage they have Sustain'd

S Wickham D. Judge

COURT OF VICE ADMIRALTY
Costs on said Petition — Viz[t]

| | |
|---|---:|
| Petition | £1.10 – |
| Filing and allowing D° | 2.10 |
| Warrant for survey | 2.12 |
| Summoning surveyors | –.16 – |
| Swaring ditto | 1. – |
| Filing papers and Taxing Costs | –.16 – |
| | £9: 4 |

| | |
|---|---|
| Judge | £3.2 – |
| Reg[r] | 4.2 |
| Mars[l] | 2 – |
| | £9:4 |

### PETITION OF PATRICK GRANT, 1750

Newport Dec[r] 17th 1750

COURT OF VICE ADMIRALTY ETC I having Consider'd the foregoing Petition do Appoint M[r] Joseph Harrison and Captain William Richards both of Newport Merchants to Survey the within Merchandize and to make An Estimate of the Damage they have Sustain'd while on Shipboard and make report thereof to this Court Upon Oath: and that the Register Issue forth a Warrant for that purpose

S: Wickham D: Judge